UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-3750

Deborah Laufer,
    Plaintiff,
v.
Super Kings Inc,
    Defendant(s).

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

I hereby certify that the instant action is not related to any pending or closed civil or criminal action previously filed in this Court, or any other Federal or State Court, or administrative agency.

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2020, I filed the foregoing using the Court's electronic filing system, which will serve all counsel of record electronically.

s/ Suzette M. Marteny Moore
**Suzette M. Marteny Moore**
S. Moore Law, PLLC
2690 S. Combee Road
Lakeland, Florida 33803
Telephone: (863) 229-2140
E-mail 1: S.Moore@SMooreLaw.com
E-mail 2: Eservice@SMooreLaw.com
*Attorney for Plaintiff, Deborah Laufer*