**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-03750-RM-KLM

DEBORAH LAUFER,

     Plaintiff,

v.

SUPER KINGS, INC.,

     Defendant.

---

## ORDER

---

Before the Court is Plaintiff's Motion to Stay Pending Appellate Ruling (ECF No. 24), requesting that the Court stay this action pending a decision by the Tenth Circuit Court of Appeals in *Laufer v. Looper*, No. 21-1031, in which an appeal was filed on January 29, 2021. This Court granted a similar request in *Laufer v. Suites IQ LLC*, No. 20-cv-03529-RM-NYW, by administratively closing the case, subject to reopening for good cause shown.  Because the *Laufer* appeal will similarly affect and impact this case, the Court GRANTS Plaintiff's Motion and ORDERS that pursuant to D.C.COLO.LCivR 41.2, the Clerk shall (1) terminate the pending Motion for Default Judgment (ECF No. 19), and (2) administratively close this case subject to reopening for good cause.

     DATED this 20th day of April, 2021.

     BY THE COURT:

     _____
     RAYMOND P. MOORE
     United States District Judge